



SEALED

**FILED**

JUN 0 3 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN EDGAR WILLIAMS IV,
a/k/a "John Tha Baptist,"
a/k/a "Tre 57,"
a/k/a "xrangewest,"
a/k/a "Orange Juice,"
JEREMY MINDEZ RUFF,
a/k/a "Pay Day,"
a/k/a "J7,"
SAVANNAH D'NAISHA MAY
GAGE,
a/k/a "Pretty,"
a/k/a "Pretty Banks,"
NEVAEH CHARISE COX,
a/k/a "Veah,"
TRINITY RINIQUE GOUDEAU,
a/k/a "Bleu,"
a/k/a "Blue,"
a/k/a "Blue Jane,"
SHAVARI MELTON,
a/k/a "Vari,"
a/k/a "Champaign,"
VANESSA LASHAY BELL,
a/k/a "Bella,"
a/k/a "Foe Lashay,"
ASHLEY CHARLES,

Defendants.

Case No. 25 CR - 197 SEH

FILED UNDER SEAL

INDICTMENT
[COUNT ONE: 18 U.S.C.
§ 1594(c) – Conspiracy to Commit
Sex Trafficking;
COUNTS TWO and THREE: 18
U.S.C. § 2421 – Transporting an
Individual for Prostitution;
COUNT FOUR: 18 U.S.C.
§ 1952(a)(3) – Interstate Travel to
Aid Racketeering;
COUNT FIVE: 18 U.S.C.
§§ 2252(a)(2) and 2252(b)(1) –
Distribution of Child Pornography;
Forfeiture Allegation – 18 U.S.C.
§§ 924(d), 981(a)(1)(C), 1594(d),
2253(a), and 2428, and 28 U.S.C.
§ 2461 – Firearm, Human
Trafficking, Prostitution,
Racketeering and Child
Exploitation Forfeiture]

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. § 1594(c)]

1. From on or about June 1, 2023, through on or about the date of this Indictment, in the Northern District of Oklahoma and elsewhere, the defendants, **JOHN EDGAR WILLIAMS IV**, a/k/a "John Tha Baptist," a/k/a "Tre 57," a/k/a "xrangewest," a/k/a "Orange Juice," **JEREMY MINDEZ RUFF**, a/k/a "Pay Day," a/k/a "J7," **SAVANNAH D'NAISHA MAY GAGE**, a/k/a "Pretty," a/k/a "Pretty Banks," **NEVAEH CHARISE COX**, a/k/a "Veah," **TRINITY GOUDEAU**, a/k/a "Bleu," a/k/a "Blue," a/k/a "Blue Jane," **SHAVARI MELTON,** a/k/a "Vari," a/k/a "Champaign," **VANESSA LASHAY BELL**, a/k/a "Bella," a/k/a "Foe Lashay," and **ASHLEY CHARLES**, together and with others known and unknown to the Grand Jury, in and affecting interstate commerce, knowingly conspired with each other to:

    a. recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means a person knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion and combination of such means will be used to cause the person to engage in a commercial sex act;

    b. recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means a person, knowing and in reckless disregard of the fact that the person had attained the age of 14 years but had not attained the age of 18 years;

    c. advertise a person knowing that means of force, threats of force, fraud, and coercion and combination of such means will be used to cause the person to engage in a commercial sex act;

2

d. advertise a person to engage in a commercial sex act, knowing that the person had attained the age of 14 years but had not attained the age of 18 years;

e. benefit, financially and by receiving anything of value, from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, patronizing, and soliciting by any means a person knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion and combination of such means will be used to cause the person to engage in a commercial sex act;

f. benefit, financially and by receiving anything of value, from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, patronizing, and soliciting by any means a person that had attained the age of 14 years but had not attained the age of 18 years, to engage in a commercial sex act;

g. benefit, financially and by receiving anything of value, from participation in a venture which has engaged in advertising a person knowing that means of force, threats of force, fraud, and coercion and combination of such means will be used to cause the person to engage in a commercial sex act; and

h. benefit, financially and by receiving anything of value, from participation in a venture which has engaged in advertising a person, knowing that the person that had attained the age of 14 years but had not attained the age of 18 years, to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1594(c).

3

## COUNT TWO
### [18 U.S.C. § 2421]

From on or about April 4, 2025, through on or about April 7, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **JOHN EDGAR WILLIAMS IV**, a/k/a "John Tha Baptist," a/k/a "Tre 57," a/k/a "xrangewest," a/k/a "Orange Juice," transported persons known to the Grand Jury, in interstate commerce with the intent that they engage in prostitution and other sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2421.

## COUNT THREE
### [18 U.S.C. § 2421]

From on or about April 26, 2025, through on or about May 1, 2025, in the Northern District of Oklahoma and elsewhere, the defendant **SAVANNAH D'NAISHA MAY GAGE**, a/k/a "Pretty," a/k/a "Pretty Banks," transported persons known to the Grand Jury, in interstate commerce with the intent that the person engage in prostitution and other sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2421.

## COUNT FOUR
### [18 U.S.C. § 1952(a)(3)]

From on or about June 1, 2023, through the date of this Indictment, in the Northern District of Oklahoma and elsewhere, the defendants, **JOHN EDGAR WILLIAMS IV**, a/k/a "John Tha Baptist," a/k/a "Tre 57," a/k/a "xrangewest," a/k/a "Orange Juice"" **JEREMY MINDEZ RUFF**, a/k/a "Pay Day," a/k/a "J7," **SAVANNAH D'NAISHA MAY GAGE**, a/k/a "Pretty," a/k/a "Pretty Banks," **NEVAEH CHARISE COX**, a/k/a "Veah," **TRINITY GOUDEAU**, a/k/a "Bleu," a/k/a "Blue," a/k/a "Blue Jane," **SHAVARI MELTON**, a/k/a "Vari," a/k/a "Champaign," and **ASHLEY CHARLES**, knowingly used, and caused to be used, one or more facilities in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of unlawful activity, that is, a business enterprise involving prostitution offenses in violation of state laws, and thereafter performed and caused to be performed, and attempted to perform an act to promote, manage, establish, carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activities.

All in violation of Title 18, United States Code, Section 1952(a)(3).

## COUNT FIVE
**[18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)]**

On or about February 25, 2024, in the Northern District of Oklahoma and elsewhere, the defendant, **NEVAEH CHARISE COX**, a/k/a "Veah," knowingly distributed any visual depiction using any means and facility of interstate and foreign commerce, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## FORFEITURE ALLEGATION
[18 U.S.C. §§ 924(d), 981(a)(1)(C), 1594(d), 2253(a), and 2428,
and 28 U.S.C. § 2461]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d); Title 18, United States Code, Section 981(a)(1)(C); Title 18, United States Code, Section 1594(d); Title 18, United States Code, Section 2253(a); Title 18, United States Code, Section 2428; and Title 28, United States Code, Section 2461.

Upon conviction of the offenses alleged in this Indictment, as a part of their sentences, the defendants, **JOHN EDGAR WILLIAMS IV**, a/k/a "John Tha Baptist," a/k/a "Tre 57," a/k/a "xrangewest," a/k/a "Orange Juice," **JEREMY MINDEZ RUFF**, a/k/a "Pay Day," a/k/a "J7," **SAVANNAH D'NAISHA MAY GAGE**, a/k/a "Pretty," a/k/a "Pretty Banks," **NEVAEH CHARISE COX**, a/k/a "Veah," **TRINITY GOUDEAU**, a/k/a "Bleu," a/k/a "Blue," a/k/a "Blue Jane," **SHAVARI MELTON,** a/k/a "Vari," a/k/a "Champaign," **VANESSA LASHAY BELL**, a/k/a "Bella," a/k/a "Foe Lashay," and **ASHLEY CHARLES**, shall forfeit to the United States, any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations, any firearm and ammunition involved in or used in the knowing commission of such offenses, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law.

8

Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1028(g), and Title 28, United States Code, Section 2461(c), the defendant shall forfeit substitute property, up to the value of the property described above if, by any act or omission of the defendant, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All pursuant to Title 18, United States Code, Section 924(d); Title 18, United States Code, Section 981(a)(1)(C); Title 18, United States Code, Section 1594(d); Title 18, United States Code, Section 2253(a); Title 18, United States Code, Section 2428; and Title 28, United States Code, Section 2461.

CLINTON J. JOHNSON                                A TRUE BILL
United States Attorney


_____                  /s/ Grand Jury Foreperson
KENNETH A. ELMORE                                 Grand Jury Foreperson
Assistant United States Attorney

9