

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**

FEB 03 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-197-JFH |
| Plaintiff, | |
| v. | THIRD SUPERSEDING INDICTMENT |
| | [COUNT ONE: 18 U.S.C. § 1594(c) – Conspiracy to Commit Sex Trafficking; |
| JOHN EDGAR WILLIAMS IV, a/k/a "John Tha Baptist," a/k/a "Tre 57," a/k/a "xrangewest," a/k/a "Orange Juice," | COUNTS TWO, THREE, SEVEN, NINE, TEN, and THIRTEEN: 18 U.S.C. § 2421(a) – Transporting an Individual for Prostitution; |
| JEREMY MINDEZ RUFF, a/k/a "Pay Day," a/k/a "J7," | COUNT FOUR: 18 U.S.C. § 1952(a)(3)(A) – Interstate Travel to Aid Racketeering; |
| SAVANNAH D'NAISHA MAY GAGE, a/k/a "Pretty," a/k/a "Pretty Banks," | COUNT FIVE: 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) – Distribution of Child Pornography; |
| NEVAEH CHARISE COX, a/k/a "Veah," | COUNTS SIX, TWELVE, and FIFTEEN: 18 U.S.C. §§ 1591(a)(1), 1591(a)(2), and 1591(b)(1) – Sex Trafficking; |
| TRINITY RINIQUE GOUDEAU, a/k/a "Bleu," a/k/a "Blue," a/k/a "Blue Jane," | COUNTS EIGHT, ELEVEN, FOURTEEN, and SEVENTEEN: 18 U.S.C. §§ 1591(a)(1) and 1591(b)(2) – Sex Trafficking a Minor; |
| SHAVARI SHANTELL MELTON, a/k/a "Vari," a/k/a "Champaign," a/k/a "Champagne" | COUNT SIXTEEN: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Felon in Possession of a Firearm and Ammunition; |
| VANESSA LASHAY BELL, a/k/a "Bella," a/k/a "Foe Lashay," a/k/a "Nessa," | COUNTS EIGHTEEN and NINETEEN: 18 U.S.C. § 2260A – Commission of Felony Sex Offense Involving a Minor by a Registered Sex Offender; |
| ASHLEY ELAINE CHARLES, | COUNT TWENTY: 18 U.S.C. § 2423(a) – Transportation of a Minor with Intent to Engage in Criminal Sexual Activity; |
| Defendants. | |

| COUNT TWENTY-ONE: 18 U.S.C. § 2252A(g) – Child Exploitation Enterprise; Forfeiture Allegation – 18 U.S.C. §§ 924(d), 981(a)(1)(C), 1594(d), 2253(a), and 2428, and 28 U.S.C. § 2461 – Firearm, Human Trafficking, Prostitution, Racketeering and Child Exploitation Forfeiture] |

**THE GRAND JURY CHARGES:**

## COUNT ONE
[18 U.S.C. § 1594(c)]

From on or about June 1, 2023, through on or about June 16, 2025, in the Northern District of Oklahoma and elsewhere, the defendants, **JOHN EDGAR WILLIAMS IV**, a/k/a "John Tha Baptist," a/k/a "Tre 57," a/k/a "xrangewest," a/k/a "Orange Juice," **JEREMY MINDEZ RUFF**, a/k/a "Pay Day," a/k/a "J7," **SAVANNAH D'NAISHA MAY GAGE**, a/k/a "Pretty," a/k/a "Pretty Banks," **NEVAEH CHARISE COX**, a/k/a "Veah," **TRINITY RINIQUE GOUDEAU**, a/k/a "Bleu," a/k/a "Blue," a/k/a "Blue Jane," **SHAVARI SHANTELL MELTON**, a/k/a "Vari," a/k/a "Champaign," a/k/a "Champagne," **VANESSA LASHAY BELL**, a/k/a "Bella," a/k/a "Foe Lashay," a/k/a "Nessa," and **ASHLEY ELAINE CHARLES**, together and with others known and unknown to the Grand Jury, in and affecting interstate commerce, knowingly conspired with each other to:

2

a. recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means a person, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and combination of such means, would be used to cause the person to engage in a commercial sex act;

b. recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means a person, knowing and in reckless disregard of the fact that the person had attained the age of 14 years but had not attained the age of 18 years;

c. advertise a person knowing that means of force, threats of force, fraud, and coercion, and combination of such means, would be used to cause the person to engage in a commercial sex act;

d. advertise a person to engage in a commercial sex act, knowing that the person had attained the age of 14 years but had not attained the age of 18 years;

e. benefit, financially and by receiving anything of value, from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, patronizing, and soliciting by any means a person, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and combination of such means, would be used to cause the person to engage in a commercial sex act;

f. benefit, financially and by receiving anything of value, from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, patronizing, and soliciting by any means a person that had attained the age of 14 years but had not attained the age of 18 years, to engage in a commercial sex act;

g. benefit, financially and by receiving anything of value, from participation in a venture which has engaged in advertising a person, knowing that means of force, threats of force, fraud, and coercion, and combination of such means, would be used to cause the person to engage in a commercial sex act; and

h. benefit, financially and by receiving anything of value, from

participation in a venture which has engaged in advertising a person, knowing that the person that had attained the age of 14 years but had not attained the age of 18 years, to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO
### [18 U.S.C. § 2421(a)]

From on or about April 4, 2025, through on or about April 7, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **JOHN EDGAR WILLIAMS IV**, a/k/a "John Tha Baptist," a/k/a "Tre 57," a/k/a "xrangewest," a/k/a "Orange Juice," transported persons known to the Grand Jury, in interstate commerce with the intent that they engage in prostitution and other sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2421(a).

## COUNT THREE
### [18 U.S.C. § 2421(a)]

From on or about February 1, 2025, through on or about May 1, 2025, in the Northern District of Oklahoma and elsewhere, the defendant **SAVANNAH D'NAISHA MAY GAGE**, a/k/a "Pretty," a/k/a "Pretty Banks," transported persons known to the Grand Jury, in interstate commerce with the intent that the person engage in prostitution and other sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2421(a).

## COUNT FOUR
### [18 U.S.C. § 1952(a)(3)(A)]

From on or about June 1, 2023, through on or about June 16, 2025, in the Northern District of Oklahoma and elsewhere, the defendants, **JOHN EDGAR WILLIAMS IV**, a/k/a "John Tha Baptist," a/k/a "Tre 57," a/k/a "xrangewest," a/k/a "Orange Juice," **JEREMY MINDEZ RUFF**, a/k/a "Pay Day," a/k/a "J7," **SAVANNAH D'NAISHA MAY GAGE**, a/k/a "Pretty," a/k/a "Pretty Banks," **NEVAEH CHARISE COX**, a/k/a "Veah," **TRINITY RINIQUE GOUDEAU**, a/k/a "Bleu," a/k/a "Blue," a/k/a "Blue Jane," **SHAVARI SHANTELL MELTON**, a/k/a "Vari," a/k/a "Champaign," a/k/a "Champagne," and **ASHLEY ELAINE CHARLES**, knowingly used, and caused to be used, one or more facilities in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of unlawful activity, that is, a business enterprise involving prostitution offenses in violation of state laws, and thereafter performed and caused to be performed, and attempted to perform an act to promote, manage, establish, carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activities.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT FIVE
### [18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)]

On or about February 25, 2024, in the Northern District of Oklahoma and elsewhere, the defendant, **NEVAEH CHARISE COX**, a/k/a "Veah," knowingly distributed any visual depiction using any means and facility of interstate and foreign commerce, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT SIX
### [18 U.S.C. §§ 1591(a)(1), 1591(a)(2), and 1591(b)(1)]

From on or about June 1, 2023, through on or about November 5, 2025, in the Northern District of Oklahoma, the defendant, **JOHN EDGAR WILLIAMS IV,** a/k/a "John Tha Baptist," a/k/a "Tre 57," a/k/a "xrangewest," a/k/a "Orange Juice," in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited by any means A.H., a person known to the Grand Jury, and benefitted financially and by receiving anything of value from participation in a venture that had engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, patronizing, and soliciting A.H., and knowing and in reckless disregard for the fact that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause A.H. to engage in commercial sex acts.

All in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2), and 1591(b)(1).

## COUNT SEVEN
### [18 U.S.C. § 2421(a)]

From on or about May 1, 2025, through on or about May 31, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **JOHN EDGAR WILLIAMS IV**, a/k/a "John Tha Baptist," a/k/a "Tre 57," a/k/a "xrangewest," a/k/a "Orange Juice," transported persons known to the Grand Jury, in interstate commerce with the intent that they engage in prostitution and other sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2421(a).

## COUNT EIGHT
### [18 U.S.C. §§ 1591(a)(1) and 1591(b)(2)]

From on or about October 1, 2024, through on or about November 2, 2024, in the Northern District of Oklahoma, the defendants, **JEREMY MINDEZ RUFF**, a/k/a "Pay Day," a/k/a "J7," and **NEVAEH CHARISE COX**, a/k/a "Veah," in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited by any means MV1, a person that had attained the age of 14 years but had not attained the age of 18 years at the time of such offense, knowing that MV1 would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(2).

## COUNT NINE
### [18 U.S.C. § 2421(a)]

From on or about January 1, 2025, through on or about January 31, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **JEREMY MINDEZ RUFF**, a/k/a "Pay Day," a/k/a "J7," transported persons known to the Grand Jury, in interstate commerce with the intent that they engage in prostitution and other sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2421(a).

## COUNT TEN
### [18 U.S.C. § 2421(a)]

From on or about April 1, 2024, through on or about June 16, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **JEREMY MINDEZ RUFF**, a/k/a "Pay Day," a/k/a "J7," transported persons known to the Grand Jury, in interstate commerce with the intent that they engage in prostitution and other sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2421(a).

**COUNT ELEVEN**
**[18 U.S.C. §§ 1591(a)(1) and 1591(b)(2)]**

From on or about August 1, 2024, through on or about November 30, 2024, in the Northern District of Oklahoma, the defendants, **SAVANNAH D'NAISHA MAY GAGE**, a/k/a "Pretty," a/k/a "Pretty Banks," and **TRINITY RINIQUE GOUDEAU**, a/k/a "Bleu," a/k/a "Blue," a/k/a "Blue Jane," in and affecting interstate commerce knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited by any means MV2, a person that had attained the age of 14 years but had not attained the age of 18 years at the time of such offense, knowing that MV2 would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(2).

## COUNT TWELVE
### [18 U.S.C. §§ 1591(a)(1), 1591(a)(2), and 1591(b)(1)]

From on or about January 31, 2025, through on or about February 15, 2025, in the Northern District of Oklahoma, the defendants, **SAVANNAH D'NAISHA MAY GAGE**, a/k/a "Pretty," a/k/a "Pretty Banks," and **TRINITY RINIQUE GOUDEAU**, a/k/a "Bleu," a/k/a "Blue," a/k/a "Blue Jane," in and affecting interstate commerce knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited by any means J.M., a person known to the Grand Jury, and benefitted financially and by receiving anything of value from participation in a venture that had engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, patronizing, and soliciting J.M., and knowing and in reckless disregard for the fact that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause J.M. to engage in commercial sex acts.

All in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2), and 1591(b)(1).

## COUNT THIRTEEN
### [18 U.S.C. § 2421(a)]

From on or about February 9, 2025, through on or about February 14, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **SAVANNAH D'NAISHA MAY GAGE**, a/k/a "Pretty," a/k/a "Pretty Banks," and **TRINITY RINIQUE GOUDEAU**, a/k/a "Bleu," a/k/a "Blue," a/k/a "Blue Jane," transported persons known to the Grand Jury, in interstate commerce with the intent that they engage in prostitution and other sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2421(a).

## COUNT FOURTEEN
### [18 U.S.C. §§ 1591(a)(1) and 1591(b)(2)]

From on or about March 20, 2025, through on or about April 1, 2025, in the Northern District of Oklahoma, the defendants, **SAVANNAH D'NAISHA MAY GAGE**, a/k/a "Pretty," a/k/a "Pretty Banks," **TRINITY RINIQUE GOUDEAU,** a/k/a "Bleu," a/k/a "Blue," a/k/a "Blue Jane," and **SHAVARI SHANTELL MELTON,** a/k/a "Vari," a/k/a "Champaign," a/k/a "Champagne," in and affecting interstate commerce knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited by any means MV3, a person that had attained the age of 14 years but had not attained the age of 18 years at the time of such offense, knowing that MV3 would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(2).

## COUNT FIFTEEN
### [18 U.S.C. §§ 1591(a)(1), 1591(a)(2), and 1591(b)(1)]

From on or about April 1, 2025, through on or about June 16, 2025, in the Northern District of Oklahoma, the defendant, **JOHN EDGAR WILLIAMS IV,** a/k/a "John Tha Baptist," a/k/a "Tre 57," a/k/a "xrangewest," a/k/a "Orange Juice," in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited by any means B.J., a person known to the Grand Jury, and benefitted financially and by receiving anything of value from participation in a venture that had engaged in recruiting, enticing, harboring, transporting, providing, obtaining, maintaining, patronizing, and soliciting B.J., and knowing and in reckless disregard for the fact that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause B.J. to engage in commercial sex acts.

All in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2), and 1591(b)(1).

## COUNT SIXTEEN
### [18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about June 16, 2025, in the Northern District of Oklahoma, the defendant,

**JOHN EDGAR WILLIAMS IV**, knowing he had previously been convicted of at least one of the following crimes punishable by imprisonment for terms exceeding one year:

1. Manslaughter First Degree, Case No. CF-2012-1875, in the District Court of Tulsa County, State of Oklahoma, on October 7, 2015;

2. Robbery Second Degree, Case No. CF-2007-2168, in the District Court of Tulsa County, State of Oklahoma, on March 3, 2008;

3. Knowingly Receiving Stolen Property (Count One), Case CF-2007-2168, in the District Court of Tulsa County, State of Oklahoma, on March 3, 2008;

4. Eluding Police Officer (Count One), Case CF-2005-4408, in the District Court of Tulsa County, State of Oklahoma, on January 23, 2006; and

5. Burglary Second Degree (Count Two), Case CF-2005-4408, in the District Court of Tulsa County, State of Oklahoma, on January 23, 2006,

knowingly possessed in and affecting interstate and foreign commerce the following firearm and ammunition:

1. A Sig Sauer, Model P938, 9mm pistol caliber, serial number 52B017349; and

2. Assorted rounds 9mm caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SEVENTEEN
### [18 U.S.C. §§ 1591(a)(1) and 1591(b)(2)]

From on or about February 20, 2025, through on or about March 26, 2025, in the Northern District of Oklahoma, the defendant, **JEREMY MINDEZ RUFF**, a/k/a "Pay Day," a/k/a "J7," in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited by any means MV3, a person that had attained the age of 14 years but had not attained the age of 18 years at the time of such offense, knowing that MV3 would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(2).

## COUNT EIGHTEEN
[18 U.S.C. § 2260A]

From on or October 1, 2024, through on or about November 2, 2024, in the Northern District of Oklahoma and elsewhere, the defendant, **JEREMY MINDEZ RUFF**, a/k/a "Pay Day," a/k/a "J7," required by federal and other law to register as a sex offender, committed at least one felony offense involving a minor, specifically, Sex Trafficking a Minor, as set forth more fully in Count Eight of this Third Superseding Indictment.

All in violation of Title 18, United States Code, Section 2260A.

## COUNT NINETEEN
### [18 U.S.C. § 2260A]

From on or about February 20, 2025, through on or about March 26, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **JEREMY MINDEZ RUFF**, a/k/a "Pay Day," a/k/a "J7," required by federal and other law to register as a sex offender, committed at least one felony offense involving a minor, specifically, Sex Trafficking a Minor, as set forth more fully in Count Seventeen of this Third Superseding Indictment.

All in violation of Title 18, United States Code, Section 2260A.

## COUNT TWENTY
### [18 U.S.C. § 2423(a)]

From on or about June 1, 2025, through on or about June 15, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **SAVANNAH D'NAISHA MAY GAGE**, a/k/a "Pretty," a/k/a "Pretty Banks," and others known and unknown to the Grand Jury, transported in interstate commerce MV4, a child known to the Grand Jury, who had not attained the age of 18 years, with the intent that MV4 engage in any sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT TWENTY-ONE
### [18 U.S.C. § 2252A(g)]

From on or about August 1, 2024, through on or about June 15, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **SAVANNAH D'NAISHA MAY GAGE**, a/k/a "Pretty," a/k/a "Pretty Banks," engaged in a child exploitation enterprise, that is, the defendant violated Section 1591 of Title 18 of the United State Code and Chapter 117 of Title 18 of the United States Code, specifically, the offenses described in Counts Eleven, Fourteen, and Twenty of this Third Superseding Indictment, incorporated herein, as part of a series of felony violations constituting three or more separate incidents and involving more than one victim and committed those offenses in concert with three or more persons known and unknown to the Grand Jury.

All in violation of Title 18, United States Code, Section 2252A(g).

## FORFEITURE ALLEGATION
### [18 U.S.C. §§ 924(d), 981(a)(1)(C), 1594(d), 2253(a), and 2428, and 28 U.S.C. § 2461]

The allegations contained in this Third Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d), 981(a)(1)(C), 1594(d), 2253(a), and 2428, and Title 28, United States Code, Section 2461.

Upon conviction of the offenses alleged in this Third Superseding Indictment, as a part of their sentences, the defendants, **JOHN EDGAR WILLIAMS IV**, a/k/a "John Tha Baptist," a/k/a "Tre 57," a/k/a "xrangewest," a/k/a "Orange Juice," **JEREMY MINDEZ RUFF**, a/k/a "Pay Day," a/k/a "J7," **SAVANNAH D'NAISHA MAY GAGE**, a/k/a "Pretty," a/k/a "Pretty Banks," **NEVAEH CHARISE COX**, a/k/a "Veah," **TRINITY RINIQUE GOUDEAU**, a/k/a "Bleu," a/k/a "Blue," a/k/a "Blue Jane," **SHAVARI SHANTELL MELTON,** a/k/a "Vari," a/k/a "Champaign," a/k/a "Champagne," **VANESSA LASHAY BELL,** a/k/a "Bella," a/k/a "Foe Lashay," and **ASHLEY ELAINE CHARLES**, shall forfeit to the United States, any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations, any firearm and ammunition involved in or used in the knowing commission of such offenses, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law.

Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1028(g), and Title 28, United States Code, Section 2461(c), the defendant shall forfeit substitute property, up to the value of the property described above if, by any act or omission of the defendant, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All pursuant to Title 18, United States Code, Sections 924(d), 981(a)(1)(C), 1594(d), 2253(a), and 2428, and Title 28, United States Code, Section 2461.

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL


KENNETH A. ELMORE
Assistant United States Attorney

_/s/ Grand Jury Foreperson_
Grand Jury Foreperson